**Edwin Palm, Defendant in Error, v. John Johnson and Axel Johnson, trading as Johnson Brothers, Plaintiffs in Error.**

**Gen. No. 20,530.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding. Heard in this court at the October term, 1914. Reversed and remanded. Opinion filed October 5, 1915.

### Statement of the Case.

Action by Edwin Palm, plaintiff, against John Johnson and Axel Johnson, trading as Johnson Brothers, defendants, in the Municipal Court of Chicago, to recover on contracts for painting and decorating defendants' buildings. To reverse a judgment for plaintiff for $376, defendants prosecute this writ of error.

RAGNAR OBERG, for plaintiffs in error.

SOPHUS DABELSTEIN, for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

CONTRACTS, § 323*—*when judgment erroneous on proof of nonperformance.* Where in an action to recover on contracts for painting and decorating defendants' buildings, the court found for plaintiff for the amount alleged in the statement of claim to be due, but in so doing ignored undisputed evidence that the contracts were not fully performed, *held* that the judgment was erroneous, for the reason that the finding gave no credit to defendant for work not done according to the contracts.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.